# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DOYLE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:15-CV-0656-DDN |
| DAVID SCHMITT, | ) ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is unsigned. Rule 2(c)(5) of the Rules Governing § 2254 Petitions requires that all § 2254 petitions be signed under the penalty of perjury. As a result, the Court will order the Clerk to mail a copy of the petition to petitioner. Petitioner will be directed to sign and return the petition within thirty (30) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to petitioner a copy of his petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that petitioner must sign and return the petition to the Court within **thirty (30) days of the date of this Order**.

Dated this 28th day of April, 2015.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**